IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOREN CARRINGTON, on behalf of herself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GREATER LOVE INTERNATIONAL,<br>　　　　　　　　　Defendant. | 2:23-cv-02508-KNS |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY**
**APPROVAL OF THE CLASS ACTION SETTLEMENT**

As reflected in the accompanying "Class Action Settlement Agreement," *see* Doc. 27-1, the parties have agreed to settle this class action lawsuit for $85,000.  Loren Carrington ("Plaintiff") now moves for "preliminary approval" of the settlement and submits that the motion should be granted because, as explained in the accompanying memorandum of law and pursuant to Federal Rule of Civil Procedure ("Civil Rule") 23(e)(1)(B), the Court "will likely be able to" certify the settlement class and approve the settlement as fair and reasonable at the final approval stage.  Moreover, the undersigned law firm should be appointed to serve as interim class counsel per Civil Rule 23(g).  Finally, the proposed Notice of Settlement form should be approved because it complies with the dictates of Civil Rule 23(c)(2)(B).

**WHEREFORE**, Plaintiff requests that the Court grant this motion and enter the accompanying proposed order.

Date:  March 15, 2024　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michelle Tolodziecki
　　　　　　　　　　　　　　　　　　　　　　　　Peter Winebrake
　　　　　　　　　　　　　　　　　　　　　　　　Michelle Tolodziecki
　　　　　　　　　　　　　　　　　　　　　　　　Winebrake & Santillo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　715 Twining Road, Suite 211
　　　　　　　　　　　　　　　　　　　　　　　　Dresher, PA 19025
　　　　　　　　　　　　　　　　　　　　　　　　(215) 884-2491